UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

I.S.T. North America, LLC

Plaintiff(s)

- v -

Trelleborg Pipe Seals Milford Inc., Trelleborg Sealing
Solutions US Inc., Trelleborg Pipe Seals US, Inc.,
Trelleborg Corporation, Trelleborg AB, Trelleborg Sealing
Profiles GMBH, Cristoffer Ljungback, Andreas Renulf,
Simon Burke, John Doe 1-10, and XYZ Companies 1-10

Defendant(s)

_____

**RULE 7.1 STATEMENT**

1:25-cv-8349
_____
Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

I.S.T. North America, LLC

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

No corporate affiliate or parent corporation.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Plaintiff I.S.T. North America, LLC is a New York limited liability company organized and existing under the laws of the State of New York. Plaintiff's sole member, Eugene Camali, is a citizen of the State of New Jersey.

10/8/25

Date

/s/Joseph Barbiere

Signature of Attorney

4072062

Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022