AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| I.S.T. North America, LLC, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-8349 |
| Trelleborg Pipe Seals Milford Inc., et al., | ) |
| *Defendants* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

I.S.T. North America, LLC, Plaintiff                                                                                            .

Date:    10/10/2025

/s/Brandon Fierro
*Attorney's signature*

Brandon Fierro, Bar Number 5146188
*Printed name and bar number*

Court Plaza North
25 Main Street, 4th Floor
Hackensack, NJ 07601

*Address*

bfierro@coleschotz.com
*E-mail address*

(201) 489-3000
*Telephone number*

(201) 489-1536
*FAX number*