# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| I.S.T. NORTH AMERICA, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TRELLEBORG PIPE SEALS MILFORD INC., TRELLEBORG SEALING SOLUTIONS US INC., TRELLEBORG PIPE SEALS US, INC., TRELLEBORG CORPORATION, TRELLEBORG AB, TRELLEBORG SEALING PROFILES GMBH, CRISTOFFER LJUNGBACK, ANDREAS RENULF, SIMON BURKE, JOHN DOE 1-10, and XYZ COMPANIES 1-10,<br><br>　　　　　　Defendants. | Civil Action No. 1:25-cv-08349<br><br>Civil Action |

## NOTICE OF PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 4(f)(3) AND 4(h)(2)

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Brandon M. Fierro dated November 26, 2025, and the exhibits annexed thereto, and the accompanying Memorandum of Law, I.S.T. North America, LLC, ("Plaintiff"), through its undersigned counsel, hereby moves this Court, before the Honorable Barbara Moses, United States Magistrate Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an Order (1) permitting Plaintiff to serve the Summons and Complaint in this action, and all accompanying materials, on Defendants Trelleborg AB, Andreas Renulf, and Simon Burke by alternative means under Federal Rules of Civil Procedure 4(f)(3) and 4(h)(2); and (2) such other and further relief as this Court deems just and proper.

Dated: New York, New York
November 26, 2025

           **COLE SCHOTZ P.C.**

           */s/ Brandon M. Fierro*
           Joseph Barbiere, Esq.
           Eric S. Latzer, Esq.
           Brandon M. Fierro, Esq.
           Mia D. Guttmann, Esq.
           1325 Avenue of the Americas
           19th Floor
           New York, New York 10019
           Telephone: (212) 752-8000
           *Attorney for Plaintiff I.S.T. North America, LLC*