IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| I.S.T. NORTH AMERICA, LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>TRELLEBORG PIPE SEALS MILFORD INC., TRELLEBORG SEALING SOLUTIONS US INC., TRELLEBORG PIPE SEALS US, INC., TRELLEBORG CORPORATION, TRELLEBORG AB, TRELLEBORG SEALING PROFILES GMBH, CRISTOFFER LJUNGBACK, ANDREAS RENULF, SIMON BURKE, JOHN DOE 1-10, and XYZ COMPANIES 1-10,<br><br>            Defendants. | Civil Action No. 1:25-cv-08349<br><br>Civil Action<br><br>**DECLARATION OF BRANDON M. FIERRO, ESQ.** |

I, BRANDON M. FIERRO, Esq., hereby declare under penalty of perjury, that the following statements are true and correct to the best of my knowledge:

1. I am special counsel at Cole Schotz P.C., attorneys for the Plaintiff I.S.T. North America, LLC ("ISTNA"). I am duly admitted to practice law in this district and submit this declaration, on personal knowledge, in support of ISTNA's motion pursuant to Federal Rule of Civil Procedure 4(f) and 4(h) for an Order permitting alternative service of the Summons and Complaint on Defendants Trelleborg AB, Andreas Renulf, and Simon Burke ("Foreign Defendants").

2. ISTNA commenced this action on or around October 8, 2025.

3. Attached hereto as "Exhibit A" is a true and correct copy of the Summons and Complaint (ECF Nos. 1, 14, 16,17).

4. Prior to filing this action, on or about July 2, 2024, ISTNA initiated a special proceeding to obtain pre-action discovery in Rockland County captioned *I.S.T. North America, LLC v. Trelleborg Pipe Seals Milford Inc., Trelleborg Sealing Solutions US Inc., Trelleborg Corporations, Trelleborg AB, and Trelleborg Sealing Profiles GMBH*, Index Number: 033783/2024 ("Rockland Action").

5. Attached hereto as "Exhibit B" is a true and correct copy of the Rockland Action Petition.

6. The Rockland Action, filed on July 2, 2024, was a precursor for this Federal Action.

7. There, to effectuate service on Trelleborg AB, ISTNA retained Alan H. Crowe & Associates, Inc. d/b/a Crowe Foreign Services ("Crowe Foreign Services"), a company specializing in the service of civil process in foreign countries.

8. On August 19, 2024, the Summons, Notice of Electronic Filing, NYSCEF Confirmation Notices, Request for Judicial Intervention, Order to Show Cause, Verified Petition with Swedish translations were submitted to the Central Authority for Sweden to be served upon Trelleborg AB in accordance with the Hague Service Convention.

9. Finally, on or about June 23, 2025, Trelleborg AB was served.

10. In fact, Katarina Olsen ("Olsen"), general counsel for Trelleborg AB, signed and accepted the acknowledgment of notice on behalf of Trelleborg AB.

11. Attached hereto as "Exhibit C" is a true and correct copy of the Acknowledgment of Service.

12. Again, Olsen is *also* the president of Trelleborg Corporation, one of the US Defendants that waived service in this action. (ECF No. 24).

13. On or about October 17, 2025, Trelleborg AB, through its counsel at BakerHostetler LLP filed a letter in the Rockland Action at about the same time as the filing of this action.

14. Attached hereto as "Exhibit D" is a true and correct copy of the Trelleborg Letter filed on October 17, 2025.

15. ISTNA requests permission from the Court to serve the Summons and Complaint through Federal Express (or another international courier) and registered mail on Defendants Trelleborg AB, Andreas Renulf, and Simon Burke.

16. Attached hereto as "Exhibit E" is a true and correct copy of the HCCH Status Table accessed on November 24, 2025.

17. On or about October 15, 2025, I emailed Trelleborg AB's counsel at BakerHostetler LLP asking if Trelleborg AB would waive service.

18. On or about October 23, 2025, counsel responded that he was not authorized to accept service on behalf of Trelleborg AB.

19. Attached hereto as "Exhibit F" is a true and correct copy of the email correspondence between myself and Trelleborg AB's counsel at BakerHostetler.

20. Accordingly, ISTNA also seeks to serve the Foreign Defendants via email through Trelleborg AB's attorneys at BakerHostetler LLP.

21. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 26, 2025
New York, New York

/s/ Brandon M. Fierro
BRANDON M. FIERRO