]IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| I.S.T. NORTH AMERICA, LLC,<br><br>              Plaintiff,<br><br>   v.<br><br>TRELLEBORG PIPE SEALS MILFORD INC., TRELLEBORG SEALING SOLUTIONS US INC., TRELLEBORG PIPE SEALS US, INC., TRELLEBORG CORPORATION, TRELLEBORG AB, TRELLEBORG SEALING PROFILES GMBH, CRISTOFFER LJUNGBACK, ANDREAS RENULF, SIMON BURKE, JOHN DOE 1-10, and XYZ COMPANIES 1-10,<br><br>             Defendants. | Civil Action No. 1:25-cv-08349<br><br>Civil Action<br><br>**[PROPOSED] ORDER** |

Upon consideration of Plaintiff I.S.T. North America, LLC's ("Plaintiff") Motion for Alternative Service pursuant to Federal Rule of Civil Procedure 4(f)(3) and 4(h)(2), and supporting papers, it is hereby

**ORDERED** that Plaintiff is authorized to serve Defendants Trelleborg AB, Andreas Renulf, and Simon Burke by email, Federal Express, and registered mail; and it is further

**ORDERED** that Plaintiff is authorized to serve Defendants Trelleborg AB, Andreas Renulf, and Simon Burke by email, Federal Express, and registered mail upon US counsel BakerHostetler LLP; and it is further

**ORDERED** that such service shall be deemed effective service of process under Federal Rule of Civil Procedure 4; and it is further

**ORDERED** that the Court may grant such other and further relief as it deems just and proper.

2

SO ORDERED:

Dated: _____

_____
HON. BARBARA MOSES, U.S.M.J.
