UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| I.S.T. NORTH AMERICA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TRELLEBORG PIPE SEALS MILFORD INC., TRELLEBORG SEALING SOLUTIONS US INC., TRELLEBORG PIPE SEALS US, INC., TRELLEBORG CORPORATION, TRELLEBORG AB, TRELLEBORG SEALING PROFILES GMBH, CRISTOFFER LJUNGBACK, ANDREAS RENULF, SIMON BURKE, JOHN DOE 1-10, and XYZ COMPANIES 1-10 <br><br> Defendants. | Civil Action No. 1:25-cv-08349-VSB |

**DECLARATION OF JOANNA A. DIAKOS IN SUPPORT OF
U.S. DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

JOANNA A. DIAKOS, hereby declares:

1. I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court. I am a partner at the law firm of K&L Gates LLP, attorneys of record for Defendants Trelleborg Pipe Seals Milford, Inc., Trelleborg Sealing Solutions US Inc., Trelleborg Pipe Seals US, Inc., Trelleborg Corporation, and Christopher Ljungback (the "U.S. Defendants"). I respectfully submit this Declaration in support of the U.S. Defendants' Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) and 9(b) and for the purpose of providing the Court with true and correct copies of documents referenced in the U.S. Defendants' memorandum of law in support of their motion to dismiss Plaintiff's Complaint.

2. Attached hereto as "Exhibit A" is a true and correct copy of the Non-Disclosure Agreement, dated June 16, 2022, referenced in paragraphs 22 and 142 of Plaintiff's Complaint. Plaintiff's principal, Eugene Camali is a party to the NDA. Further, a copy of the NDA was produced in the underlying action for pre-action discovery that is also referenced in Plaintiff's Complaint. *See* Compl. ¶ 103 (noting that ISTNA's allegations are based on, among other things, a review of documents produced to ISTNA in connection with ISTNA's pre-action discovery and preservation proceeding).

3. Attached hereto as "Exhibit B" is a true and correct copy of the Final Award, ICDR Case No. 01-0001-1729, dated June 23, 2025, that is referenced in Plaintiff's Complaint. A copy of the Final Award was provided to me by Plaintiff's counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 23rd day of December, 2025 in New York, New York.

By: */s/ Joanna A. Diakos*
Joanna A. Diakos