# EXHIBIT A

1

## NON DISCLOSURE AGREEMENT

made on 16 June 2022

by and between

Mr. Geno Camali, CEO, ("Seller")

and

Trelleborg AB publ ("Trelleborg")

Whereas, Seller is in possession of information (the "Information") related to IST North America, LLC., 377 Western Hwy S, Tappan, NY 10983, United States (the "Company"); and

Whereas, Trelleborg is desirous of obtaining the Information, subject to the following terms and conditions.

THE PARTIES AGREE AS FOLLOWS:

1. Trelleborg undertakes to treat the Information as strictly confidential and will not disclose the Information to any third party, other than its advisors, without Seller's written consent, and to take appropriate steps to prevent such disclosure, and not to make use of the Information for any purpose other than the assessment of a possible purchase of all or part of the Company.

2. The undertakings of Article 1 shall not apply to any portion of the Information which

   (i) was known to Trelleborg prior to receipt thereof from Seller pursuant to this Agreement;
   (ii) at the time of disclosure, is known to the general public;
   (iii) after disclosure becomes available to the general public through no act or failure to act on the part of Trelleborg;
   (iv) is received by Trelleborg on a no confidential basis from any third party;
   (v) is independently developed by Trelleborg; or
   (vi) which Trelleborg is obliged to disclose under law, court order or stock exchange rules.



2

3.  The Parties shall keep secret this Agreement and their contemplated potential intentions with respect to the Company.

4.  The Parties recognize that applicable competition laws may restrict the free exchange of certain information between competitors. Therefore the Parties shall not disclose to each other any information which, for competition law reasons or otherwise, cannot legally be disclosed.

5.  This Agreement is effective from the date first above written and shall remain in force for a period of two (2) years thereafter.

6.  This Agreement shall be governed by and construed in accordance with the laws of the Kingdom of Sweden. Any disputes arising out of or in relation to this Agreement shall be finally settled by arbitration in accordance with the Swedish Arbitration Act in force at the time.

IN WITNESS WHEREOF, the Parties have executed this Agreement in duplicate, each Party taking one copy, the day and year first above written.

TRELLEBORG AB (PUBL)

*[signature]*                    *Eugene Camali*
                                 Mr. Geno Camali, CEO