## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| I.S.T. NORTH AMERICA, LLC,<br><br>              Plaintiff,<br><br>   v.<br><br>TRELLEBORG PIPE SEALS MILFORD INC., TRELLEBORG SEALING SOLUTIONS US INC., TRELLEBORG PIPE SEALS US, INC., TRELLEBORG CORPORATION, TRELLEBORG AB, TRELLEBORG SEALING PROFILES GMBH, CRISTOFFER LJUNGBACK, ANDREAS RENULF, SIMON BURKE, JOHN DOE 1-10, and XYZ COMPANIES 1-10,<br><br>              Defendants. | Civil Action No. 1:25-cv-08349<br><br>Civil Action<br><br>**DECLARATION OF BRANDON M. FIERRO, ESQ.** |

I, BRANDON M. FIERRO, Esq., hereby declare under penalty of perjury, that the following statements are true and correct to the best of my knowledge:

1. I am special counsel at Cole Schotz P.C., attorneys for the Plaintiff I.S.T. North America, LLC ("ISTNA"). I am duly admitted to practice law in this district and submit this declaration, on personal knowledge, in support of ISTNA's Memorandum of Law in Opposition to the Defendants' Motion to Dismiss.

2. ISTNA commenced this action on or around October 8, 2025.

3. Attached hereto as "**Exhibit A**" is a true and correct copy of the Complaint (ECF No. 1).

Dated: January 20, 2026
       New York, New York

                                                */s/ Brandon M. Fierro*
                                                BRANDON M. FIERRO