**K&L GATES**

**MEMO ENDORSED**

January 23, 2026

Joanna A. Diakos
Partner
joanna.diakoskordalis@klgates.com

T +1 212 536 4807
F +1 212 536 3901

<u>Via ECF</u>

Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
49 Foley Square, Room 415
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/30/26

  Re: I.S.T. North America, LLC, v. Trelleborg Pipe Seals Milford Inc., et al.,
     Civil Action No. 1:25-cv-08349

Dear Judge Broderick,

I represent Defendants Trelleborg Pipe Seals Milford, Inc., Trelleborg Sealing Solutions US, Inc., Trelleborg Pipe Seals US, Inc., Trelleborg Corporation, and Cristoffer Ljungback (collectively, the "U.S. Defendants") in the referenced matter. Pursuant to Rule 1.H of Your Honor's Individual Rules & Practices in Civil Cases, the U.S. Defendants respectfully request an extension of time from January 26, 2026 to February 10, 2026 to file a reply in further support of their Motion to Dismiss the Complaint (the "Motion to Dismiss"), filed on December 23, 2025 (ECF Nos. 32- 34).

There have been no previous extension requests and this request does not impact any other dates in this matter. Plaintiff I.S.T. North America, LLC consents to this extension request.

Respectfully submitted,

 /s/ Joanna A. Diakos

Joanna A. Diakos

Application GRANTED.

SO ORDERED.

<u>January 30, 2026</u>

**Barbara Moses**
**United States Magistrate Judge**